IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT REDDIN                                                                                         PETITIONER

VS.                                            CASE NO. 1:13-CV-1085

RAY HOBBS, Director,
Arkansas Department of Corrections                                                         RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed April 29, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Petitioner's Petition for Writ of a *Habeas Corpus* pursuant to 28 U.S.C. § 2254 (ECF No. 1) be dismissed with prejudice as an unauthorized successive petition. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Petitioner's Petition for Writ of a *Habeas Corpus* (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge